IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA M. SERRANO,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>                Defendant. | CIVIL ACTION<br>NO. 13-7221 |

**ORDER**

**AND NOW**, this 9th day of December 2015, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 14), Defendant's Objection to the Report and Recommendation (Doc. No. 16), and Plaintiff's Response to Defendant's Objection (Doc. No. 17), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Defendant's Objection to the Report and Recommendation (Doc. No. 16) is **OVERRULED**.

3. Plaintiff's request for review is **GRANTED**, and the case is **REMANDED** to the Commissioner, under sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Doc. No. 14); and

4. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

5.  The Clerk of Court shall close this case for statistical purposes.

                                                    BY THE COURT:

                                                    <u>/s/ Joel H. Slomsky</u>
                                                    JOEL H. SLOMSKY, J.